UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHANIE MANTOUVALOS,

    Plaintiff,

      v.

DIANE MANTOUVALOS and
PAULA MANTOUVALOS,

    Defendants

Docket No. 1:14-cv-10067

## MOTION OF THE PLAINTIFF
## FOR ALTERNATIVE SERVICE OF PROCESS

The Plaintiff requests that the Court enter an order:

1. permitting the Plaintiff to effectuate service on the Defendant, Diane Mantouvalos, by:

   a. serving on her by E-mail at andoniapr@yahoo.com a copy of the summonses and complaints;

   b. sending to her a link to download a pdf of the summonses and complaints by private message to her Twitter handle, @AndoniaPR; and

   c. publishing notice of the filing of the case with the Miami Herald for three (3) consecutive weekdays; and

2. permitting the Plaintiff to prove service on Diane Mantouvalos by affidavit of her attorney attesting that he complied with paragraph 1 to be filed with the Court within thirty days (30).

In support of this motion, the Plaintiff submits a memorandum of law and the Affidavit of Stephanie Mantouvalos. The Plaintiff also submits a proposed order.

                                                Respectfully submitted,

                                                STEPHANIE MANTOUVALOS,

                                                by her attorney,

                                                <u>/s/ Patrick M. Groulx</u>
                                                Patrick M. Groulx
                                                Polis Legal
                                                P.O. Box 45504
                                                Somerville, MA 02143
                                                BBO#673394
                                                Ph: (978) 549-3124
                                                Fax: (617) 500-9955
                                                E-mail: pgroulx@polislegal.com

Date: March 26, 2014