UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHANIE MANTOUVALOS,
Plaintiff

v.                                                              Docket No. 1:14-CV-10067-RWZ

DIANE MANTOUVALOS and
PAULA MANTOUVALOS,
Defendants

## MOTION TO WITHDRAW

NOW COMES, Paul V. Marino, Counsel for Defendant Paula Mantouvalos and hereby respectfully request that this Honorable Court allow them to withdraw as attorneys for Defendant, Paula Mantouvalos. In support of this Motion, counsel states that there has been a severe breakdown in the attorney-client relationship such that counsel does not know the current status and cannot continue to represent Ms. Mantouvalos. Counsel has been unable to reach Ms. Mantouvalos. Further, there is little prejudice to the Defendant as there has been very little progress in this matter.

WHEREFORE, Counsel respectfully requests leave to withdraw as Counsel for Defendant Paula Mantouvalos.

Respectfully Submitted,

Paul V. Marino, Esq.,
LAUNIE & MARINO, P.A.
1200 East Street
Westwood, MA 02090
(781) 326-9213
BBO# 635444

Dated: May 13, 2016

*Motion denied (see endorsement, Docket No. 44).*

*/s/ NMGorton, USDJ 1/23/17*